IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID LEE VICTORICK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-14-800 |
| | § | |
| MICHAEL T. SEILER, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM AND ORDER

On Friday, March 28, 2014, David Lee Victorick filed a complaint against the defendants seeking to enjoin the state-court criminal trial scheduled to proceed against him on Monday, March 31, 2014. (Docket Entry No. 1). On March 31, 2014, the court held an emergency hearing to consider whether a temporary injunction should issue against the state-court prosecution. After hearing from both parties, the court denied the request for a temporary injunction as stated on the record. (Docket Entry No. 4). The state-court prosecution proceeded and, on April 3, 2014, a judgment of guilty was entered against Victorick. (Docket Entry No. 5-1).

Victorick only sought to enjoin the state-court prosecution. The court's ruling and the state-court's entry of judgment disposes of his complaint. The complaint is dismissed with prejudice. Docket Entry Nos. 3 and 5 are denied as moot. This is a final judgment.

SIGNED on April 22, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge